IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIL-RAY, an Oregon Corporation,                        No. 3:19-cv-00944-YY

       Plaintiff,                                           ORDER

    v.

EVP INTERNATIONAL, LLC, an
Ohio limited liability company,

       Defendant.

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [41] on March 17, 2020 in

which she recommends that this Court grant in part and deny in part Defendant's Motion to

Dismiss or Transfer First Amended Complaint. The matter is now before the Court pursuant to

28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Defendant filed timely objections to the Magistrate Judge's Findings &

Recommendation. Def.'s Obj., ECF 45. When any party objects to any portion of the Magistrate

Judge's Findings & Recommendation, the district court must make a *de novo* determination of

1 - ORDER

that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561

F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.

2003) (en banc).

The Court has carefully considered Defendant's objections and concludes that there is no

basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent

portions of the record *de novo* and finds no error in the Magistrate Judge's Findings &

Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [41].

Therefore, Defendant's Motion to Dismiss or Transfer First Amended Complaint [30] is granted

in part and denied in part.

IT IS SO ORDERED.


DATED:_____June 18, 2020____.




_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER